JUDGE LEISURE

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
Brian S. Tretter (BT 6037)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

**07 CIV 9327**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOOKYANG SHIPPING CO. LTD.,

                    Plaintiff,

          v.

STARLIGHT MARITIME LTD.,

                    Defendant.

07 Civ.

OCT 18 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**F.R. CIV. P. RULE 7.1 STATEMENT**

          Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the

Court to evaluate possible disqualification or recusal, the undersigned attorney of record

for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or

affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
          October 17, 2007

                              Respectfully submitted,
                              BLANK ROME, LLP
                              Attorneys for Plaintiff

                    By
                              Jeremy J.O. Harwood (JH 9012)
                              Brian S. Tretter (BT 6037)
                              405 Lexington Avenue
                              New York, NY 10174
                              Tel.: (212) 885-5000

294478.1
900200.00001/6582616v.1