*Leisure, J*

ORIGINAL

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
Brian S. Tretter (BT 6037)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-19-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOOKYANG SHIPPING CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> STARLIGHT MARITIME LTD., <br><br> Defendant. | 07 Civ. 9327 (PKL) <br><br> **ORDER FOR APPOINTMENT TO SERVE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT** |

Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c)(2) appointing Michael Watson, or any other qualified person appointed by Blank Rome LLP, to serve process of attachment and garnishment and any supplemental process in this matter, and it appearing from the affidavit of Jeremy J.O. Harwood, Esq., that such appointment will result in substantial economies in time and expense,

**NOW**, on motion of Blank Rome LLP, attorneys for Plaintiff, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome LLP, be and hereby is, appointed to

serve Process of Maritime Attachment and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court.

Dated:      New York, New York
                10 / 18_____ , 2007

SO ORDERED:

_____
U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
          DEPUTY CLERK

## SCHEDULE A

1.   The Bank of New York
2.   Bank of America
3.   JP Morgan Chase
4.   ABN Amro Bank
5.   American Express Bank
6.   Barclay's Bank
7.   BNP Paribas
8.   Citibank
9.   Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10.  Commerce Bank
11.  HSBC (USA) Bank
12.  Standard Chartered Bank
13.  Wachovia Bank
14.  UBS, AG
15.  Union Bank of California
16.  Bank of China
17.  HSBC Bank PLC
18.  HSBC Bank Middle East
19.  HSBC Bank USA NA

BLANK ROME, LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
Brian S. Tretter (BT 6037)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOOKYANG SHIPPING CO. LTD.,

                  Plaintiff,

        v.

STARLIGHT MARITIME LTD.,

                  Defendant.

07 Civ. $9327$ (PKL)

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR APPOINTMENT
TO SERVE PROCESS**

STATE OF NEW YORK    )
                          : ss:
COUNTY OF NEW YORK  )

       BRIAN S. TRETTER, being duly sworn, deposes and says:

       1.    I am a member of the firm of Blank Rome, LLP attorneys for the Plaintiff

herein.

       2.    We have been advised that the U.S. Marshal's Service lacks sufficient staff

to effect service of Process of Maritime Attachment and Garnishment promptly or

economically. I respectfully request that the Court appoint Michael Watson, or any other

person appointed by Blank Rome LLP who is over 18 years of age and is not a party to

this action, to serve Process of Maritime Attachment and Garnishment and supplemental

process on the garnishees named in Schedule A, or upon any other or additional garnishees as may be named in any supplemental Process of Maritime Attachment and Garnishment.

WHEREFORE, it is respectfully requested that the aforementioned person, Michael Watson, or any other person appointed by Blank Rome LLP or Blank Rome, LLP who is over 18 years of age and not a party to this action, be appointed to effect such service.

Brian S. Tretter

Sworn to before me this
17th day of October, 2007

Notary Public

**BARBARA WALSH**
**Notary Public, State of New York**
**No. 01WA4925486**
**Qualified in Queens County**
**Commission Expires August 15, 2010**

A CERTIFIED COPY
J. MICHAEL McMAHON,                    CLERK

BY _____
            DEPUTY CLERK

900200.00001/6582627v.1

## SCHEDULE A

1.    The Bank of New York
2.    Bank of America
3.    JP Morgan Chase
4.    ABN Amro Bank
5.    American Express Bank
6.    Barclay's Bank
7.    BNP Paribas
8.    Citibank
9.    Deutsche Bank and/or Deutsche Bank Trust Co. Americas
10.   Commerce Bank
11.   HSBC (USA) Bank
12.   Standard Chartered Bank
13.   Wachovia Bank
14.   UBS, AG
15.   Union Bank of California
16.   Bank of China
17.   HSBC Bank PLC
18.   HSBC Bank Middle East
19.   HSBC Bank USA NA

900200.00001/6582627v.1