*LEISURE, 5*

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KOOKYANG SHIPPING CO. LTD.,

      Plaintiff,

v.

STARLIGHT MARITIME LTD.,

      Defendant.

---

07 CV 9327 (PKL)

**NOTICE OF DISMISSAL AND RELEASE OF ATTACHMENTS**

WHEREAS, on or about October 19, 2007, Plaintiff KOOKYANG SHIPPING CO. LTD. ("KOOKYANG") filed this action against Defendant STARLIGHT MARITIME LTD. ("STARLIGHT") and obtained the issuance of a Writ of Attachment and Garnishment and an Order for Issuance of a Writ of Attachment and Garnishment dated on or about October 19, 2007 (collectively, the "Process of Maritime Attachment and Garnishment"); and

WHEREAS, the Process of Maritime Attachment and Garnishment were subsequently served on various garnishee banks in this district; and

WHEREAS, KOOKYANG has attached funds at the named garnishee banks ("garnishees");

128539.00601/6631382v.1

WHEREAS, KOOKYANG has settled its claim against STARLIGHT and has agreed to release all sums attached in this action and to dismiss this action with prejudice;

WHEREAS, KOOKYANG has not appeared in this action;

NOW, KOOKYANG hereby consents to dismissal of this action with prejudice and without costs pursuant to F. R. Civ. P. Rule 41(a)(1) and consents to release by the garnishees of all attachments held by them to an account of STARLIGHT or as STARLIGHT directs.

Dated: April 11, 2008

Respectfully submitted,

BLANK ROME LLP

By: _____
Jeremy Harwood, Esq.
405 Lexington Avenue
The Chrysler building
New York, NY 10174
Tel: (212) 885-5000
Fax: (212) 885-5001
jharwood@blankrome.com

*Attorneys for Plaintiff*
*KOOKYANG SHIPPING CO. LTD*

4/14/08
ORDERED
_____
USDJ

346661.1
128539.00601/6631382v.1

2